[No. 36455-7-II.   Division Two.   September 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01976-3, Vicki L. Hogan, J., entered June 1, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36542-1-II.   Division Two.   September 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE ANN OWENSBY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00229-2, Sally F. Olsen, J., entered June 29, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 36730-1-II.   Division Two.   September 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE SUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03998-1, John R. Hickman, J., entered August 24, 2007. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 25472-1-III.   Division Three.   September 11, 2008.]

BRENT L. SHAMROCK ET AL., *Respondents*, v. PATRICIA M. GIROUARD ET AL., *Defendants*, DALE A. SAVAGE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-2-00344-1, Rebecca M. Baker, J., entered August 9, 2006. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.